United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Donald Shapiro, individually and on behalf of all others similarly situated, Plaintiff,<br><br>v.<br><br>Prime Lead Solutions, LLC, Defendant | Civil Action No. 19-21485-Civ-Scola |

## Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Vol. Dismissal, ECF No. 7). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on June 20, 2019.

_____
Robert N. Scola, Jr.
United States District Judge